# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | : CRIMINAL NO. 1:14-CR-0245-02 |
| v. | : **(Chief Judge Conner)** |
| **HIRES JEFF BLOOM,** | : |
| **Defendant** | : |

## ORDER

The court finds that the Defendant is acting voluntarily and not as a result of force or threats or promises, that he understands his rights and consequences of his plea and that he voluntarily waives his right to trial. The court finds that the plea has a basis in fact. The court accepts defendant's plea of Guilty to Count 1 of the Indictment. Upon consideration of the court's June 13, 2019 order (Doc. 134), granting defendant's concurred in motion to waive a presentence investigation and to proceed to sentencing at the time of defendant's plea change, as well as the sentencing recommendation prepared by the United States Probation Office, it is hereby ORDERED that this case shall proceed to sentencing immediately.

|  |  |
|---|---|
| Dated: July 3, 2019 | /S/ CHRISTOPHER C. CONNER<br>Christopher C. Conner, Chief Judge<br>United States District Court<br>Middle District of Pennsylvania |