# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO. 1:14-CR-245** |
| | : | |
| v. | : | (Chief Judge Conner) |
| | : | |
| **HIRES JEFF BLOOM (2),** | : | |
| Defendant | : | |

## ORDER

AND NOW, this 26th day of September, 2019, after consideration of Defendant's Unopposed Motion (Doc. 171) for Return of Bail Funds, it is hereby ORDERED that said Motion is GRANTED. Bail funds in the amount of $2,000 shall be returned to Richard Gervais, 78 Joseph Bresse, Chambly, Apt. 1, J3L0W1, Canada.

_____
Christopher C. Conner, Chief Judge
United States District Court
Middle District of Pennsylvania